## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Cheryl L. Pollak     **DATE:** 8/25/11

**DOCKET NUMBER:** 09CR143(NGG)     **LOG #:** 3:38 - 3:56

**DEFENDANT'S NAME:** Jason Pagan
    ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL:** Michael Schneider
    ✓ Federal Defender    ___ CJA    ___ Retained

**A.U.S.A:** Sean Flynn     **DEPUTY CLERK:** SM Yuen

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance. ✓ Defendant arraigned on the violation of probation.

✓ Attorney Appointment of ✓ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the violation of probation.

✓ Status conference set for 9/19/11 @ 10am before Judge Garaufis

OTHERS: Probation officer Trevor Reid present. Gov't request for detention. Court denied bail. Detention order entered.